UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORWAX ASSOCIATES INC. et al.,<br>Plaintiff,<br>-against-<br>NATIONAL CASUALTY COMPANY,<br>Defendant. | 26-CV-09197 (DEH) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on **October 28, 2026 at 10:30 AM** Eastern. The parties should be prepared to discuss the status of the case. Counsel for the parties are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 991 349 947#.

Counsel for Defendant shall, by **October 23, 2026**, serve Plaintiff's counsel with a copy of this order by email and file proof of such service on the docket on the same day.

DATED: October 22, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**